1 | Ronald F. Remmel (SBN 87628)
NEWTON REMMEL
A Professional Corporation
2 | 1451 Grant Road, P.O. Box 1059
Mountain View, CA 94042
3 | Telephone: (650) 903-0500
Facsimile: (650) 967-5800
4 | Email: rremmel@newtonremmel.com

5

Attorneys for Defendant
6 | TAISEI CONSTRUCTION CORPORATION

7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 10 ATAIN SPECIALTY INSURANCE | ) CASE NO. C 12-01259 CRB |
| COMPANY f/k/a USF INSURANCE | ) |
| 11 COMPANY, a corporation, | ) **NOTICE OF WITHDRAWAL AND** |
| | ) **SUBSTITUTION OF COUNSEL FOR** |
| 12 | ) **DEFENDANT TAISEI CONSTRUCTION** |
| Plaintiff, | ) **CORPORATION; [PROPOSED] ORDER** |
| 13 | ) |
| vs. | ) |
| 14 | ) |
| TAISEI CONSTRUCTION | ) |
| 15 CORPORATION, et al., | ) |
| | ) |
| 16 Defendants. | ) |

17

18    PLEASE    TAKE    NOTICE    that    Defendant    TAISEI    CONSTRUCTION

19 CORPORATION has retained Newton Remmel, P.C. to substitute as counsel for Ericksen

20 Arbuthnot in the above captioned matter.

21    Withdrawing counsel for Defendant TAISEI CONSTRUCTION CORPORATION are:

22

23                     Joseph Minioza
                     William Wong
24                     Ericksen Arbuthnot
                     155 Grand Avenue, Suite 1050
25                     Oakland, CA 94612
26                     Phone: (510) 832-7770
27                     Fax: (510) 832-0102
                     Email: wwong@ericksenarbuthnot.com
28    NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TAISEI
                     CONSTRUCTION CORPORATION; [PROPOSED] ORDER - 1

1  All pleadings, orders and notices should henceforth be served upon the following

2  substituted counsel for Defendant TAISEI CONSTRUCTION CORPORATION:

3                              Ronald F. Remmel
                             Newton Remmel
4                            1451 Grant Road, P.O. Box 1059
5                            Mountain View, CA  94042
6                            Phone: (650) 903-0500
                             Fax:    (650) 967-5800
7                            Email: rremmel@newtonremmel.com

8

9  The undersigned parties consent to the above withdrawal and substitution of counsel.

10 DATED: October 24, 2012              TAISEI CONSTRUCTION CORPORTATION

11                                      By: _____

12                                          YOSHIHARU KATO/JAYSEN VAN

13 DATED: October 24, 2012              ERICKSEN ARBUTHNOT

14                                      By: _____

15                                          WILLIAM WONG

16 DATED: October 24, 2012              NEWTON REMMEL, P.C.

17                                      By _____

18                                          RONALD F. REMMEL

19 The above withdrawal and substitution of counsel is approved and so ORDERED.

20

21 DATED:   November 7, 2012            _____

22                                      JUDGE OF THE UNITED STATES DISTRICT
                                        COURT
23
                                        IT IS SO ORDERED
24
25                                      Judge Charles R. Breyer
26
27
28 NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TAISEI
   CONSTRUCTION CORPORATION; [PROPOSED] ORDER - 2