```
 1  Ronald F. Remmel (SBN 87628)
    NEWTON REMMEL
 2  A Professional Corporation
    1451 Grant Road, P.O. Box 1059
 3  Mountain View, CA 94042
    Telephone:  (650) 903-0500
 4  Facsimile:   (650) 967-5800
    Email: rremmel@newtonremmel.com
 5
 6  Attorneys for Defendant
    TAISEI CONSTRUCTION CORPORATION
 7
```

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TAISEI CONSTRUCTION CORPORATION, et al.,<br><br>Defendants. | CASE NO. C 12-01259 CRB<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TAISEI CONSTRUCTION CORPORATION; [~~PROPOSED~~] ORDER** |

PLEASE TAKE NOTICE that Defendant TAISEI CONSTRUCTION CORPORATION has retained Newton Remmel, P.C. to substitute as counsel for Ericksen Arbuthnot in the above captioned matter.

Withdrawing counsel for Defendant TAISEI CONSTRUCTION CORPORATION are:

> Joseph Minioza
> William Wong
> Ericksen Arbuthnot
> 155 Grand Avenue, Suite 1050
> Oakland, CA 94612
> Phone: (510) 832-7770
> Fax: (510) 832-0102
> Email: wwong@ericksenarbuthnot.com

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TAISEI CONSTRUCTION CORPORATION; [PROPOSED] ORDER - 1

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant TAISEI CONSTRUCTION CORPORATION:

Ronald F. Remmel
Newton Remmel
1451 Grant Road, P.O. Box 1059
Mountain View, CA 94042
Phone: (650) 903-0500
Fax: (650) 967-5800
Email: rremmel@newtonremmel.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: October 24, 2012      TAISEI CONSTRUCTION CORPORTATION

By: _____
YOSHIHARU KATO/JAYSEN VAN

DATED: October 24, 2012      ERICKSEN ARBUTHNOT

By: _____
WILLIAM WONG

DATED: October 24, 2012      NEWTON REMMEL, P.C.

By: _____
RONALD F. REMMEL

The above withdrawal and substitution of counsel is approved and so ORDERED.

DATED: November 7, 2012

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT TAISEI CONSTRUCTION CORPORATION; [PROPOSED] ORDER - 2