IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INS. CO.,<br><br>  Plaintiff,<br><br>  v.<br><br>TAISEI CONSTRUCTION CORP.,<br><br>  Defendant. | No. C 12-01259 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff Atain Specialty Insurance Co. moved for leave to amend the complaint on October 26, 2012. See Mot. (dkt. 24). Pursuant to Civil Local Rule 7-3, Defendant Taisei Construction Corporation's opposition brief was due not more than fourteen days thereafter. Plaintiff has not filed a timely opposition brief.

The Court finds this matter suitable for resolution without oral argument or further briefing, pursuant to Civil Local Rule 7-1(b). Good cause appearing therefor, the Court GRANTS Plaintiff's Motion and VACATES the hearing currently set for December 7, 2012.

**IT IS SO ORDERED.**

Dated: November 15, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1259\order re amend.wpd