G:\docs\Q3682\111981.doc

Ronald F. Remmel (#87628) rremmel@newtonremmel.com
Katherine Y. Tong (#271926) ktong@newtonremmel.com
NEWTON REMMEL
A Professional Corporation
1451 Grant Road, P.O. Box 1059
Mountain View, CA  94042
Telephone:   (650) 903-0500
Facsimile:    (650) 967-5800

Attorneys for Defendant,
TAISEI CONSTRUCTION CORPORATION
and Plaintiff, SOMPO JAPAN INSURANCE
COMPANY OF AMERICA

GailAnn Y. Stargardter (#250749) gstargardter@archernorris.com
Andrew J. King (#253962) aking@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:  925.930.6600
Facsimile: 925.930.6620

Attorneys for Plaintiff, Defendant and Counterclaimant
ATAIN SPECIALTY INSURANCE COMPANY
f/k/a USF INSURANCE COMPANY

Mark Vranjes (#106447) mvranjes@gvgllp.com
Matthew Morache (#216253) mmorache@gvgllp.com
GRIMM, VRANJES & GREER LLP
Post Office Box 129012
San Diego, CA 92112
Telephone: (619) 231-8802
Fax: (619) 233-6039

Attorneys for Defendant
NORTH AMERICAN CAPACITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY f/k/a USF INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> TAISEI CONSTRUCTION CORPORATION; RICK SLATER CONSTRUCTION, INC., et al. <br><br> Defendants. | Case No.: CV12 1259 CRB <br><br> [Related to Case No.: 3:12-cv-06156-CRB] <br><br> Complaint Filed: March 4, 2012 |

JOINT CASE MANAGEMENT STATEMENT [3:12-cv-01259-CRB; 3:12-cv-06156-CRB]

- 1 -

G:\docs\Q3682\111981.doc

## ORDER

Pursuant to the parties' agreement as set forth above, and good cause existing therefor,

**IT IS SO ORDERED.**

A further case management conference is hereby set for April 19, 2013, at 8:30 a.m. in Courtroom 6, 17th Floor.

Dated: February 5, 2013



THE HONORABLE S. R. BREYER
DISTRICT JUDGE